JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REICHELT, | Case No. CV 21-3389 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE CITY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the federal claims, and dismissed without prejudice as to the remaining state-law claim.

Dated this 25th day of February, 2022.

                                                   /s/
                                   Fernando M. Olguin
                                  United States District Judge